**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 248 WAL 2016

             Respondent    :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

         v.    :

ROSHA CHARLES WILLIAMS,    :

             Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal and Application to Stay Remainder of Sentence Pending Appeal are **DENIED**.